**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

D. M., a minor, by and through his Guardian ad
Litem, LANE MACWILLIAMS, G. M., a minor,
by and through his Guardian ad Litem, LANE
MACWILLIAMS,

              Plaintiffs,

  v.

MEAD JOHNSON & COMPANY; BRISTOL
MYERS SQUIBB, INC., NESTLÉ WATERS
NORTH AMERICA, INC., a Delaware
Corporation, successor in interest to BLACK
MOUNTAIN WATER COMPANY, and DOES 1
through 15, inclusive,

              Defendants.
                                                    /

No. C 03-04621 WHA

**ORDER TO SHOW CAUSE RE
MOTION TO WITHDRAW
SETTLEMENT FUNDS**

        A 2004 order granted a petition to approve a minor's compromise and this action was

terminated.  In August 2014, Graham MacWilliams filed a letter stating that he was "now 20

years old" and seeking an order to "unblock the account" holding his settlement funds.

        The parties shall please file a proposed order before **NOON ON SEPTEMBER 15, 2014**.

All parties have until **NOON ON SEPTEMBER 15, 2014**, to show cause why Mr. MacWilliams'

motion should not be granted.

        **IT IS SO ORDERED.**

Dated:  September 4, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE